IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

Case No. 4:14cr15/RH

v.

ANGEL SANTIAGO
_____/

## STATEMENT OF FACTS

THE UNITED STATES OF AMERICA and the Defendant provide this factual basis for the acceptance of a guilty plea from the Defendant. This Statement of Facts does not contain each and every fact relating to the commission of the offense charged in the Indictment, but is only a recitation of those facts necessary to provide a factual basis for the Defendant's plea of guilty. Should this case proceed to trial, the government is prepared to present evidence as follows:

Between 2010 and December 2012, the Defendant was employed as a correctional officer at the Federal Correctional Institution in Tallahassee ("FCI Tallahassee"). During the same period, O.B. was an inmate who was in official detention at FCI Tallahassee, and was under the custodial, supervisory, and disciplinary authority of the Defendant. O.B. and the Defendant developed a romantic and sexual relationship. According to O.B., the Defendant, while on duty as a correctional officer, would enter her cell during the early morning hours and the two would engage in sexual intercourse. O.B. said her cellmate would leave the cell during the Defendant's visit and would go to a common area to watch television. According to O.B., the Defendant had sexual intercourse with her approximately two to three times a month beginning in 2010 and continuing through December 2012.

FILED IN OPEN COURT THIS

April 22, 2014
CLERK, U. S. DISTRICT
COURT, NORTH. DIST. FLA.

In an interview with Special Agents of the Office of Inspector General for the Department of Justice, the Defendant admitted that he had had sexual intercourse with O.B. at FCI Tallahassee while he was employed as a correctional officer there. The Defendant stated that he knew such conduct was "wrong" and constituted a crime.

In addition to the Defendant's confession, O.B.'s statement is corroborated by the statement of a witness who would testify that the Defendant visited O.B. in her cell at FCI Tallahassee during the early morning hours and that O.B.'s cellmate absented herself from the cell during these visits. O.B.'s account is further corroborated by emails between the Defendant and O.B., in which the Defendant references his past sexual encounters with O.B. at the prison.

O.B. has been in federal custody since 1998.

The Defendant is currently living on property owned by O.B.'s family.

## ELEMENTS OF THE OFFENSE

### 18 U.S.C. § 2243(b)

1. That the defendant knowingly engaged in a sexual act in a federal prison;

2. That the person with whom the defendant engaged in the sexual act with was in official detention; and

3. That the defendant engaged in the sexual act while the victim was under his custodial, supervisory, or disciplinary authority.

_____  
Randolph P. Murrell  
Attorney for Defendant

4/22/14  
Date

_____  
Angel Santiago  
Defendant

4/22/14  
Date

PAMELA C. MARSH  
United States Attorney

_____  
Karen Rhew-Miller  
D.C. Bar No. 405181  
Assistant U.S. Attorney  
Northern District of Florida  
111 N. Adams Street, 4th floor  
Tallahassee, FL 32301  
(850) 942-8430

4/22/14  
Date

3